THE TOWN OF WAYNE, Appellant, *v.* WILLIAM M. SHER-
WOOD, Administrator, etc., Respondent.

(Argued December 28, 1878; decided February 11, 1879.)

*William Rumsey* for appellant.

*Geo. B. Bradley* for respondent.

FOR affirmance, CHURCH, Ch. J., FOLGER, ANDREWS and
MILLER, JJ.; EARL, J., reads opinion for reversal, RAPALLO,
J., concurs.

Judgment affirmed.

---

TOWN OF ESSEX, Respondent, *v.* ELI W. ROGERS et al.,
Appellants.

THIS case was argued and decided with *Town of Wells-
borough* v. *N. Y. and C. R. R. Co.*, et al., *ante*, p. 182.